# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCAPONE ALO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLE GOLDSMITH, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00536-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF No. 2)<br><br>**TWENTY-ONE DAY DEADLINE** |

　　　　Plaintiff Alcapone Alo, proceeding *pro se*, initiated this civil action on April 6, 2023. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, Plaintiff's application does not currently provide sufficient information for the Court to conclude that they are entitled to proceed in this action without prepayment of fees. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's application to proceed *in forma pauperis* is DENIED without prejudice;

　　　　2.　　The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;

　　　　3.　　Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1)

pay the $402.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **April 7, 2023**

UNITED STATES MAGISTRATE JUDGE